375 U.S. 84
 84 S.Ct. 217
 11 L.Ed.2d 163
 CERTIFIED CREDIT CORPORATION
v.
BOWERS, Tax, Commissioner of Ohio.
 No. 430.
 Supreme Court of the United States
 November 18, 1963
 
 Robert L. Barton, Joseph B. DeVennish and Joseph R. Hague, for appellant.
 William B. Saxbe, Atty. Gen. of Ohio, and Daronne R. Tate, Asst. Atty. Gen., for appellee.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.